Wanda Orlowski, appellant, v. E. J. Caine, appellee. Gen. No. 37,927.

Opinion filed June 28, 1935.

Paul V. Pallasch and Ewart Harris, for appellant. Angerstein, Piggott & Angerstein, for appellee.

Mr. Justice Friend delivered the opinion of the court.